708

Commonwealth *v.* Campbell, Appellant.

Submitted September 11, 1973. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Carrington, Appellant.

Argued September 20, 1973. *Benjamin Paul,* for appellant; *James Garrett,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.